**Order entered July 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00111-CR

**JOSEPH RIOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-52354-W**

## ORDER

The Court has before it appellant's July 14, 2015 request for an extension of time to file his pro se response to the *Anders* brief filed by counsel. Appellant states that he has received a copy of the record. We **GRANT** the extension request and **ORDER** appellant to file his pro se response by **AUGUST 24, 2015**. If the response is not filed by that date, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Joseph Rios, TDCJ No. 01981131, Fort Stockton Unit, 1536 I-10 East, Fort Stockton, Texas 79735.

/s/    ADA BROWN
        JUSTICE